UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re: §
§
BUNCH, THOMAS M. § Case No. 10-11064 CLB
§
Debtor(s) §

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 13 of the United States Bankruptcy Code was filed on 03/21/2010. The case was converted to one under Chapter 7 on 06/23/2011. The undersigned trustee was appointed on 06/24/2011.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---|
| 4. The trustee realized gross receipts of | $ | 13,552.28 |

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 17.02 |
| Bank service fees | 0.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| | |
| Leaving a balance on hand of[1] $ | 13,535.26 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 01/06/2012 and the deadline for filing governmental claims was 09/17/2010 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 2,105.23 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 2,105.23 , for a total compensation of $ 2,105.23 $^2$. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 3.60 , for total expenses of $ 3.60 $^2$.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 01/08/2013       By:/s/MORRIS L. HORWITZ
                             Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

Case 1-10-11064-CLB    Doc 61    Filed 02/14/13    Entered 02/14/13 11:39:18    Desc Main
Document       Page 2 of 14

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No: 10-11064 CLB Judge: CARL L. BUCKI, U.S.B.J.
Case Name: BUNCH, THOMAS M.

For Period Ending: 01/08/13

Trustee Name: MORRIS L. HORWITZ
Date Filed (f) or Converted (c): 06/23/11 (c)
341(a) Meeting Date: 07/26/11
Claims Bar Date: 01/06/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Location: 3303 Zoeller Road, Alden NY<br>Orig. Asset Memo: Orig. Description: Location: 3303 Zoeller Road, Alden NY; Imported from original petition Doc# 1 | 169,000.00 | 0.00 | | 0.00 | FA |
| 2. Checking, savings or other financial accounts, c<br>Orig. Asset Memo: Orig. Description: Alden State Bank - Checking Account; Imported from original petition Doc# 1 | 150.00 | 0.00 | | 0.00 | FA |
| 3. Checking, savings or other financial accounts, c<br>Orig. Asset Memo: Orig. Description: Alden State Bank - Savings Account; Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 4. Checking, savings or other financial accounts, c<br>Orig. Asset Memo: Orig. Description: Bank of America - Checking Account; Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 5. Checking, savings or other financial accounts, c<br>Orig. Asset Memo: Orig. Description: Bank of America - Savings Account; Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 6. Household goods and furnishings, including audio<br>Orig. Asset Memo: Orig. Description: Household Furniture Location: 3303 Zoeller Road, Alden NY; Imported from original petition Doc# 1 | 1,500.00 | 0.00 | | 0.00 | FA |
| 7. Wearing apparel.<br>Orig. Asset Memo: Orig. Description: Clothing; Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 8. Firearms and sports, photographic and other hobb<br>Orig. Asset Memo: Orig. Description: Monderg 500 12 Ga Pump Action Shotgun; Imported from original petition Doc# 1 | 140.00 | 140.00 | | 0.00 | 200.00 |
| 9. Firearms and sports, photographic and other hobb<br>Orig. Asset Memo: Orig. Description: Noringo Mak 90 Sporter Rifle 7.62 x 39; Imported from original petition Doc# 1 | 125.00 | 125.00 | | 0.00 | FA |

| Case No: | 10-11064 CLB Judge: CARL L. BUCKI, U.S.B.J. | | Trustee Name: | MORRIS L. HORWITZ |
|---|---|---|---|---|
| Case Name: | BUNCH, THOMAS M. | | Date Filed (f) or Converted (c): | 06/23/11 (c) |
| | | | 341(a) Meeting Date: | 07/26/11 |
| | | | Claims Bar Date: | 01/06/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 10. Firearms and sports, photographic and other hobb Orig. Asset Memo: Orig. Description: Smith & Wesson Model 3000 Shotgun; Imported from original petition Doc# 1 | 100.00 | 100.00 | | 0.00 | FA |
| 11. Firearms and sports, photographic and other hobb Orig. Asset Memo: Orig. Description: Noringo 5K5 Rifle 7.62 X 29; Imported from original petition Doc# 1 | 75.00 | 75.00 | | 0.00 | FA |
| 12. Firearms and sports, photographic and other hobb Orig. Asset Memo: Orig. Description: Remington 870 Express 12 Ga Shotgun; Imported from original petition Doc# 1 | 85.00 | 85.00 | | 0.00 | FA |
| 13. Interests in insurance policies. Name insurance Orig. Asset Memo: Orig. Description: Prudential Life Insurance; Imported from original petition Doc# 1 | 6,900.00 | 6,900.00 | | 0.00 | FA |
| 14. Interests in IRA, ERISA, Keogh, or other pension Orig. Asset Memo: Orig. Description: Majestic Pools 401(k); Imported from original petition Doc# 1 | 8,755.28 | 0.00 | | 0.00 | FA |
| 15. Ford F350 Orig. Asset Memo: Orig. Description: 2007 Ford F-350; Imported from original petition Doc# 1 | 35,450.00 | 19,550.00 | | 12,446.13 | FA |
| 16. 2005 Anderson Dump trailer Orig. Asset Memo: Orig. Description: 2005 Anderson Dump Trailer Fair Condition Tires - Poor Condition Location: 3303 Zoeller Road, Alden NY; Imported from original petition Doc# 1 | 2,500.00 | 0.00 | | 0.00 | 1,500.00 |
| 17. Machinery, fixtures, equipment and supplies used Orig. Asset Memo: Orig. Description: 2005 Challenger Tractor Model T265; Imported from original petition Doc# 1 | 6,000.00 | 6,000.00 | | 0.00 | FA |
| 18. 2001 Equipment trailer Orig. Asset Memo: Orig. Description: 2001 Anderson Equipment | 1,500.00 | 1,500.00 | | 1,100.00 | 700.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No:  10-11064     CLB    Judge: CARL L. BUCKI, U.S.B.J.
Case Name: BUNCH, THOMAS M.

Trustee Name: MORRIS L. HORWITZ
Date Filed (f) or Converted (c): 06/23/11 (c)
341(a) Meeting Date: 07/26/11
Claims Bar Date: 01/06/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Trailer Needs Brakes; Imported from original petition Doc# 1 | | | | | |
| 19. Machinery, fixtures, equipment and supplies used Orig. Asset Memo: Orig. Description: 2006 Brown Edger Model F-781H; Imported from original petition Doc# 1 | 1,150.00 | 1,150.00 | | 0.00 | FA |
| 20. Machinery, fixtures, equipment and supplies used Orig. Asset Memo: Orig. Description: 2007 Sidewinder Power Rake Model 1305; Imported from original petition Doc# 1 | 1,800.00 | 1,800.00 | | 0.00 | FA |
| 21. Machinery, fixtures, equipment and supplies used Orig. Asset Memo: Orig. Description: 2007 Turfeo Sod Cutter; Imported from original petition Doc# 1 | 550.00 | 550.00 | | 0.00 | FA |
| 22. Cash from 13 | 5.00 | 5.00 | | 5.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 1.15 | Unknown |

TOTALS (Excluding Unknown Values)    $235,885.28    $37,980.00            $13,552.28    Gross Value of Remaining Assets
                                                                                        $2,400.00
                                                                                        (Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

10/18/11 fax Cash, ltr dbtr, atty;January 23, 2012, intent to sell; June 27, 2012 (MLH) bill of sale

Initial Projected Date of Final Report (TFR): 06/30/13        Current Projected Date of Final Report (TFR): 06/30/13

/s/   MORRIS L. HORWITZ                Date: _____

MORRIS L. HORWITZ

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No: 10-11064 CLB Judge: CARL L. BUCKI, U.S.B.J.
Case Name: BUNCH, THOMAS M.

Trustee Name: MORRIS L. HORWITZ
Date Filed (f) or Converted (c): 06/23/11 (c)
341(a) Meeting Date: 07/26/11
Claims Bar Date: 01/06/12

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1
Exhibit B

| Case No: | 10-11064 -CLB |
|---|---|
| Case Name: | BUNCH, THOMAS M. |
| Taxpayer ID No: | ******3989 |
| For Period Ending: | 01/08/13 |

| Trustee Name: | MORRIS L. HORWITZ |
|---|---|
| Bank Name: | The Bank of New York Mellon |
| Account Number / CD #: | ******2065 Money Market Account |
| Blanket Bond (per case limit): | $ 21,431,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/04/11 | 22 | Albert J. Mogavero<br>Chapter 13 Trustee<br>110 Pearl Street, 6th Floor<br>Buffalo, NY 14202 | Refund from Chapter 13<br>DEPOSIT CHECK #193443 | 1129-000 | 5.00 | | 5.00 |
| 12/19/11 | | Trsf To Capital One | FINAL TRANSFER | 9999-000 | | 5.00 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | | 5.00 | 5.00 |
| Less: Bank Transfers/CD's | | 0.00 | 5.00 |
| Subtotal | | 5.00 | 0.00 |
| Less: Payments to Debtors | | | 0.00 |
| Net | | 5.00 | 0.00 |

Page Subtotals 5.00 5.00

UST Form 101-7-TFR (5/1/2011) (Page: 7)

LFORM24

Ver: 17.01

Case 1-10-11064-CLB    Doc 61    Filed 02/14/13    Entered 02/14/13 11:39:18    Desc Main
Document      Page 7 of 14

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 10-11064 -CLB
Case Name: BUNCH, THOMAS M.
Taxpayer ID No: \*\*\*\*\*\*3989
For Period Ending: 01/08/13

Trustee Name: MORRIS L. HORWITZ
Bank Name: Capital One
Account Number / CD #: \*\*\*\*\*\*\*\*8652 Money Market Account

Blanket Bond (per case limit): $ 21,431,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/19/11 | | Trsf In From The Bank of New York M | INITIAL WIRE TRANSFER IN | 9999-000 | 5.00 | | 5.00 |
| 01/09/12 | 15 | Ford Motor Credit Company PO Box 689007 Franklin, TN 37068-9007 | Refund of overpayment on Ford F350 | 1129-000 | 12,446.13 | | 12,451.13 |
| 01/31/12 | INT | Capital One | INTEREST REC'D FROM BANK January interest | 1270-000 | 0.92 | | 12,452.05 |
| 02/06/12 | INT | Capital One | INTEREST REC'D FROM BANK February interest | 1270-000 | 0.23 | | 12,452.28 |
| 04/02/12 | 18 | TB Landscaping & Construction LLC 3303 Zoeller Road Alden, NY 14004 | Payment on 2001 Equipment trailer | 1129-000 | 275.00 | | 12,727.28 |
| 05/14/12 | 18 | TB Landscaping & Construction LLC 3303 Zoeller Road Alden, NY 14004 | Payment on Equipment | 1129-000 | 275.00 | | 13,002.28 |
| 07/16/12 | 18 | TB Landscaping & Construction LLC 3303 Zoeller Road Alden, NY 14004-9691 | Equipment Trailer | 1129-000 | 275.00 | | 13,277.28 |
| 09/25/12 | 000101 | International Sureties, Ltd. Suite 420 701 Poydras Street New Orleans, LA 70139 | Bond # 016029057 9/1/12-9/1/13 Bond # 016029057 9/1/12-9/1/13 | 2300-000 | | 17.02 | 13,260.26 |
| 10/09/12 | 18 | TB Landscaping & Construction LLC 3303 Zoeller Road Alden, NY 14004-9691 | 2001 Equipment Trailer | 1129-000 | 275.00 | | 13,535.26 |

Page Subtotals 13,552.28 17.02

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-11064 -CLB | | Trustee Name: | MORRIS L. HORWITZ | |
|---|---|---|---|---|---|
| Case Name: | BUNCH, THOMAS M. | | Bank Name: | Capital One | |
| Taxpayer ID No: | ******3989 | | Account Number / CD #: | *******8652 Money Market Account | |
| For Period Ending: | 01/08/13 | | Blanket Bond (per case limit): | $ 21,431,000.00 | |
| | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 13,552.28 | 17.02 | 13,535.26 |
| | | | Less: Bank Transfers/CD's | | 5.00 | 0.00 | |
| | | | Subtotal | | 13,547.28 | 17.02 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 13,547.28 | 17.02 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Money Market Account - ********2065 | 5.00 | 0.00 | 0.00 |
| Money Market Account - ********8652 | 13,547.28 | 17.02 | 13,535.26 |
| | 13,552.28 | 17.02 | 13,535.26 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 0.00 0.00

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Date: January 08, 2013

Case Number: 10-11064
Debtor Name: BUNCH, THOMAS M.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---:|---:|---:|
| A 001 3110-00 | MORRIS L. HORWITZ, Attorney<br>14 Lafayette Square<br>Suite 1440<br>Buffalo, NY 14203 | Administrative | | $357.50 | $0.00 | $357.50 |
| 1 610 7100-00 | Discover Bank<br>Dfs Services LLC<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $14,157.02 | $0.00 | $14,157.02 |
| 4 610 7100-00 | Portfolio Recovery Associates, LLC.<br>P.O. Box12914<br>Norfolk, VA 23541 | Unsecured | | $23,861.25 | $0.00 | $23,861.25 |
| 5 610 7100-00 | Portfolio Recovery Associates, LLC<br>P.O. Box 12914<br>Norfolk, VA 23541 | Unsecured | | $16,043.79 | $0.00 | $16,043.79 |
| 6 610 7100-00 | PRA Receivables Management, LLC<br>As Agent Of Portfolio Recovery Assocs.<br>POB 12914<br>Norfolk, VA 23541 | Unsecured | | $1,371.07 | $0.00 | $1,371.07 |
| 7 610 7100-00 | PRA Receivables Management, LLC<br>As Agent Of Portfolio Recovery Assocs.<br>POB 12914<br>Norfolk, VA 23541 | Unsecured | | $14,175.12 | $0.00 | $14,175.12 |
| 8 610 7100-00 | PRA Receivables Management, LLC<br>As Agent Of Portfolio Recovery Assocs.<br>POB 12914<br>Norfolk, VA 23541 | Unsecured | | $12,292.20 | $0.00 | $12,292.20 |
| 9 610 7100-00 | LVNV Funding LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Unsecured | | $84.72 | $0.00 | $84.72 |
| 10 610 7100-00 | HSBC Bank Nevada, N.A.<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd, Suite 200<br>Tucson, AZ 85712 | Unsecured | | $1,448.55 | $0.00 | $1,448.55 |
| 2 100 4110-00 | AGCO Finance LLC<br>PO Box 2000<br>Johnston, IA 50131-0020 | Secured | | $0.00 | $0.00 | $0.00 |
| 3 100 4110-00 | Ford Motor Credit Company LLC<br>P O Box 6275<br>Dearborn, MI 48121 | Secured | | $0.00 | $0.00 | $0.00 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Date: January 08, 2013

Case Number: 10-11064
Debtor Name: BUNCH, THOMAS M.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Case Totals: | | | $83,791.22 | $0.00 | $83,791.22 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-11064 CLB
Case Name: BUNCH, THOMAS M.
Trustee Name: MORRIS L. HORWITZ

Balance on hand $ 13,535.26

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 2 | AGCO Finance LLC | $ 402.62 | $ 0.00 | $ 0.00 | $ 0.00 |
| 3 | Ford Motor Credit Company LLC | $ 13,316.76 | $ 0.00 | $ 0.00 | $ 0.00 |

Total to be paid to secured creditors $ 0.00

Remaining Balance $ 13,535.26

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: MORRIS L. HORWITZ | $ 2,105.23 | $ 0.00 | $ 2,105.23 |
| Trustee Expenses: MORRIS L. HORWITZ | $ 3.60 | $ 0.00 | $ 3.60 |
| Attorney for Trustee Fees: MORRIS L. HORWITZ, Attorney | $ 357.50 | $ 0.00 | $ 357.50 |

Total to be paid for chapter 7 administrative expenses $ 2,466.33

Remaining Balance $ 11,068.93

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 83,433.72 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 13.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | $ 14,157.02 | $ 0.00 | $ 1,878.17 |
| 4 | Portfolio Recovery Associates, LLC. | $ 23,861.25 | $ 0.00 | $ 3,165.61 |
| 5 | Portfolio Recovery Associates, LLC | $ 16,043.79 | $ 0.00 | $ 2,128.49 |
| 6 | PRA Receivables Management, LLC | $ 1,371.07 | $ 0.00 | $ 181.90 |
| 7 | PRA Receivables Management, LLC | $ 14,175.12 | $ 0.00 | $ 1,880.58 |
| 8 | PRA Receivables Management, LLC | $ 12,292.20 | $ 0.00 | $ 1,630.77 |
| 9 | LVNV Funding LLC | $ 84.72 | $ 0.00 | $ 11.24 |
| 10 | HSBC Bank Nevada, N.A. | $ 1,448.55 | $ 0.00 | $ 192.17 |

| | | |
|---|---|---|
| Total to be paid to timely general unsecured creditors | $ | 11,068.93 |
| Remaining Balance | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE